UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| International Capital & Management Company, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 11 C 467 |
| | ) | |
| v. | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| Bear, Stearns & Co., Inc. n/k/a J.P. Morgan Securities, Inc., | ) | |
| Bear Stearns Asset Management, Inc., The Bear Stearns | ) | |
| Companies, Inc., Ralph R. Cioffi, Jr., Matthew Tannin, | ) | |
| Raymond McGarrigal, and Norman Lang, | ) | |
| | ) | |
| Defendants. | ) | |

## Rule 41(a)(1)(A) Notice of Voluntary Dismissal Without Prejudice

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff, International Capital & Management Company, LLC, ("ICMC"), provides notice that it is voluntarily dismissing this action. Pursuant to an agreement between the parties (Exhibit A hereto), ICMC is proceeding with its Motion to Vacate Arbitration Award in New York State Court, where, unbeknownst to ICMC, a Petition to Confirm the Arbitration Award had been filed two days before the instant case.

         Respectfully submitted,

         International Capital & Management Company, LLC


            /s Robert D. Cheifetz
         One of its attorneys

Harvey J. Barnett
Robert D. Cheifetz
Sperling & Slater, P.C.
55 W. Monroe, Suite 3200
Chicago, Illinois 60603
(312) 641-3200
hbarnett@sperling-law.com

**EXHIBIT A**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------- x
In the Matter of the Arbitration Between

BEAR STEARNS & CO. INC., BEAR STEARNS
ASSET MANAGEMENT INC., AND NORMAN
LANG,

      *Petitioners*,

   - against -

INTERNATIONAL CAPITAL & MANAGEMENT
COMPANY LLC,

      *Respondent.*

------------------------------------------------------------- x

Index No. 650125/2011

**STIPULATION TO
EXTEND TIME TO ANSWER**

  **WHEREAS**, the Petitioners, Bear Stearns & Co. Inc., Bear Stearns Asset Management Inc., and Norman Lang (collectively the "Bear Stearns Parties") filed a Petition on January 19, 2011 (the "Proceeding") to confirm an arbitration award issued on January 13, 2011 in the Matter of the Arbitration Between International Capital & Management Company against Bear, Stearns & Co., Inc. n/k/a J.P. Morgan Securities, Inc., Bear Stearns Asset Management, Inc., The Bear Stearns Companies, Inc., Ralph R. Cioffi, Jr., Matthew Tannin, Raymond McGarrigal, and Norman Lang (the "Arbitration Award"); and

  **WHEREAS**, the Respondent, International Capital & Management Company LLC ("ICMC"), filed a Motion to Vacate Arbitration Award on January 21, 2011 in an action ICMC brought in the United States District Court for the Northern District of Illinois, Eastern Division against Bear, Stearns & Co., Inc. n/k/a J.P. Morgan Securities, Inc., Bear Stearns Asset Management, Inc., The Bear Stearns Companies, Inc., Ralph R. Cioffi, Jr., Matthew Tannin, Raymond McGarrigal, and Norman Lang (Case No. 11-CV-00467) (the "Illinois Action and Motion"); and

  **WHEREAS**, the Petition in this Proceeding was originally returnable on February 7, 2011; and

  **WHEREAS**, the return date for the Petition in this Proceeding has previously been adjourned until February 14, 2011.

  **IT IS HEREBY STIPULATED AND AGREED** that ICMC will withdraw the Illinois Action and Motion on or before February 18, 2011; and

**IT IS FURTHER STIPULATED AND AGREED** that the Petitioners and Respondent agree that the issues concerning the confirmation, modification or vacatur of the Arbitration Award should be consolidated and resolved in this Proceeding and, further, Respondent acknowledges that it has been properly served with all papers in this Proceeding and agrees not to contest same; and

**IT IS FURTHER STIPULATED AND AGREED** by and between the undersigned attorneys, that the time for Respondent ICMC to serve its answer or opposition to the Petition and any motion or cross-petition in this Proceeding is hereby extended to and including February 18, 2011; and

**IT IS FURTHER STIPULATED AND AGREED** by and between the undersigned attorneys that any motion or cross-petition to vacate or modify filed by ICMC in this Proceeding on or before February 18, 2011 will be deemed timely under New York and Federal law and FINRA rules.

**IT IS FURTHER STIPULATED AND AGREED** by and between the undersigned attorneys, that the Bear Stearns Parties will serve (1) any reply to ICMC's answer or opposition, and (2) any opposition or other responsive papers to any motion or cross-petition served by ICMC, on or before March 4, 2011; and

**IT IS FURTHER STIPULATED AND AGREED** by and between the undersigned attorneys, that ICMC will serve any reply to any opposition or other responsive papers filed by the Bear Stearns Parties regarding Respondents ICMC's motion or cross-petition on or before March 18, 2011; and

**IT IS FURTHER STIPULATED AND AGREED** that the return date for this Proceeding, including any cross-petition or motion referred to herein, will be March 24, 2011.

This Stipulation may be executed in counterparts and then transmitted by facsimile or digitally or by similar means and a copy thereof will be treated the same as if it is an original for all purposes. Courtesy copies of all papers to be served herein shall be emailed to the other party on the day that such papers are due.

Dated:   New York, New York
         February 11, 2011

FRESHFIELDS BRUCKHAUS DERINGER US LLP
*Attorneys for Petitioners*
*Bear Stearns & Co. Inc., Bear Stearns Asset Management Inc., and Norman Lang*
520 Madison Avenue, 34th floor
New York, NY 10022
(212) 277-4000

By: *[signature]*
Marshall H. Fishman
Gabrielle Gould
Robert J. McCallum

TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP
*Attorneys for Respondent*
*International Capital & Management Company LLC*
900 Third Avenue
New York, New York 10022
(212) 508-6700

By: *[signature]*
Paul D. Sarkozi
Zev F. Raben