# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 467 | **DATE** | 2/22/2011 |
| **CASE TITLE** | International Capital & Management Company, LC vs. Bears Stearns & Co., Inc., et al | | |

**DOCKET ENTRY TEXT**

Case is dismissed pursuant to Rule 41(a)(1)(A) voluntarily. Status hearing set for 3/24/2011 is stricken.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|